United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| CHUNFENG NIE,<br>*Petitioner*, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:26-CV-00664 |
| | §<br>§ | |
| MARKWAYNE MULLIN, *et al.*,<br>*Respondents*. | §<br>§ | |

# ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 12).

A petitioner may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii); *see also* Rules 1 and 12, Rules Governing Section 2254 Cases in the United States District Courts (explaining that the Federal Rules of Civil Procedure may be applied to § 2241 cases). "Stipulated dismissals under Rule 41(a)(1)(A)(ii), like unilateral dismissals under Rule 41(a)(1)(A)(i), require no judicial action or approval[,] and are effective automatically upon filing" and "presumptively without prejudice." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The Court will nonetheless grant the Joint Stipulation of Dismissal Without Prejudice (Dkt. 12) for purposes of clear record maintenance.

It is therefore **ORDERED** that the Joint Stipulation of Dismissal Without Prejudice (Dkt. 12) is **GRANTED** and this action is **DISMISSED** without prejudice.

Any pending motions are **DENIED** as **MOOT**.

**ORDERED** this 21st day of October 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE